UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLA BEHRMAN,<br><br>               Plaintiff,<br><br>v.<br><br>PETER GRAYSON and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>               Defendants. | Civil Action No. 1:11-cv-03055-JSR<br><br>Hon. Jed S. Rakoff, U.S.D.J. |

## DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S ARBITRATION PROGRESS REPORT (DECEMBER 1, 2011)

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") submits this arbitration progress report pursuant to the Court's order of September 2, 2011 (the "Order").  To date, Merrill Lynch is not aware of any arbitration being filed by Plaintiff.


Dated: New York, New York
       December 1, 2011

BRESSLER, AMERY & ROSS, P.C.

By: /s/   Brian J. Ellis
       Brian J. Ellis

17 State Street, 34th Floor
New York, New York  10004
Phone: (212) 425-9300
Fax:    (212) 425-9337
Email: bellis@bressler.com
*Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Incorporated*

1