UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLA BEHRMAN,<br><br>                Plaintiff,<br><br>v.<br><br>PETER GRAYSON and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>                Defendants. | Civil Action No. 1:11-cv-03055-JSR<br><br>Hon. Jed S. Rakoff, U.S.D.J. |

## **DEFENDANT PETER GRAYSON'S FIRST ARBITRATION PROGRESS REPORT**

Defendant Peter Grayson ("Grayson") submits this arbitration progress report pursuant to the Court's order of September 2, 2011 (the "Order"). As the Court is aware, the Order granted the Defendants' motion to compel arbitration and to stay this action, and ordered the parties to promptly proceed to arbitration. Despite the Court's clear directive, Grayson has yet to receive any demand for arbitration or other process indicating that Plaintiff has commenced an arbitration proceeding. Plaintiff's dilatory behavior not only violates this Court's Order, but also severely prejudices Grayson. Accordingly, Grayson intends to move for dismissal under Fed. R. Civ. P. 41(b) if Plaintiff continues to delay in bringing this action to arbitration.

Dated: New York, New York
        December 1, 2011

                                          KATTEN MUCHIN ROSENMAN LLP

                                          By: /s/   Jay W. Freiberg
                                                 Jay W. Freiberg
                                                 Jonathan A. Rotenberg

                                          575 Madison Avenue
                                          New York, New York  10022
                                          Phone: (212) 940-8825
                                          Fax:    (212) 894-5825
                                          Email: jay.freiberg@kattenlaw.com
                                          *Attorneys for Defendant Peter Grayson*