UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MARLA BEHRMAN,                                              :
                                                            :   Index No. 11-cv-3055 (JSR)
                              Plaintiff,                    :
                                                            :
             -against-                                      :   NOTICE OF
                                                            :   APPEARANCE
PETER GRAYSON and MERRILL LYNCH,                            :
PIERCE, FENNER & SMITH INCORPORATED,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiff Marla Behrman.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:  New York, New York
        December 9, 2011

                              **BOIES, SCHILLER & FLEXNER LLP**


                              By:     /S/ Eric J. Brenner_____

                                      Eric J. Brenner
                                      575 Lexington Avenue
                                      New York, New York 10022
                                      (212) 446-2300

                                      *Attorneys for Plaintiff*