UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                 :

MARLA BEHRMAN,                               :

                                                        :   Index No. 11-cv-3055 (JSR)

                             Plaintiff,        :

                                                        :

                  -against-                :   MOTION FOR
                                                        :   SUBSTITUTION OF

PETER GRAYSON and MERRILL LYNCH,   :   COUNSEL FOR PLAINTIFF
PIERCE, FENNER & SMITH INCORPORATED, :

                                                        :

                             Defendants.   :

                                                        :
------------------------------------------------------------X

     PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Eric J. Brenner dated December 9, 2011, Plaintiff will move this Court pursuant to Rule 1.4 of the Local Civil Rules of this Court for an Order substituting Boies, Schiller & Flexner LLP for The Law Offices of Stanley K. Shapiro as attorneys for record in this proceeding.

Dated:  New York, New York
           December 9, 2011

                                           **BOIES, SCHILLER & FLEXNER LLP**

                                      By:   /S/ Eric J. Brenner_____

                                                  Eric J. Brenner
                                                  575 Lexington Avenue
                                                  New York, New York 10022
                                                  (212) 446-2300

                                                  *Attorneys for Plaintiff*